IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Nolan, Monique H

Printed: 11/20/07

Case Number:  07 B 04982
Judge:  Wedoff, Eugene R

Filed:  3/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  October 26, 2007
Confirmed:  May 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,404.00 |  |
| Secured: |  | 2,800.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,312.18 |
| Trustee Fee: |  | 291.82 |
| Other Funds: |  | 0.00 |
| Totals: | 5,404.00 | 5,404.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 3,306.33 | 2,312.18 |
| 2. | Credit Acceptance Corp | Secured | 8,332.41 | 2,800.00 |
| 3. | Illinois Dept of Revenue | Priority | 2,195.44 | 0.00 |
| 4. | Internal Revenue Service | Priority | 10,165.45 | 0.00 |
| 5. | Midland Credit Management | Unsecured | 43.80 | 0.00 |
| 6. | Cavalry Portfolio Services | Unsecured | 222.11 | 0.00 |
| 7. | Cavalry Portfolio Services | Unsecured | 259.98 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 152.16 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 438.90 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 953.63 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 228.14 | 0.00 |
| 12. | Ronald B Roman | Unsecured | 1,474.74 | 0.00 |
| 13. | HSBC Taxpayer Financial Services | Unsecured | 203.25 | 0.00 |
| 14. | Nuvell Credit Company LLC | Unsecured | 5,934.03 | 0.00 |
| 15. | Robert J Adams & Associates | Priority | No Claim Filed | |
| 16. | Credit Protection Association | Unsecured | No Claim Filed | |
| 17. | First Cash Advance | Unsecured | No Claim Filed | |
| 18. | GC Services | Unsecured | No Claim Filed | |
| 19. | Friedman & Wexler LLC | Unsecured | No Claim Filed | |
| 20. | First Savings Credit Card | Unsecured | No Claim Filed | |
| 21. | Arnold Harris P C | Unsecured | No Claim Filed | |
| 22. | Marlin Integrated Capital | Unsecured | No Claim Filed | |
| 23. | Simm Associates Inc | Unsecured | No Claim Filed | |
|  |  |  | _____ | _____ |
|  |  |  | $ 33,910.37 | $ 5,112.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Nolan, Monique H

Printed: 11/20/07

Case Number: 07 B 04982
Judge: Wedoff, Eugene R
Filed: 3/21/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 5.4%     | 291.82     |
|          | _____ |
|          | $ 291.82   |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_